# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2190 | **DATE** | 6/26/2008 |
| **CASE TITLE** | Trustees of the Cement Masons Pension Fund, et al. vs. Noranne Concrete, Inc. | | |

DOCKET ENTRY TEXT 

Status hearing held and continued to 7/17/2008 at 9:30 a.m. Hearing held on plaintiff's motion for order of default and judgment in sum certain [9] and continued to 7/17/2008 at 9:30 a.m. Oral motion of Bard S. Michl for leave to file appearance on behalf of defendant is granted.

Docketing to mail notices.

00:02

FILED-FDL
2008 JUN 26 PM 5: 14
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|