# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                  Case Number: 08 C 2190

TRUSTEES OF THE CEMENT MASONS PENSION FUND,
LOCAL 502; TRUSTEES OF THE CEMENT MASONS
INSTITUTE OF CHICAGO, ILLINOIS; TRUSTEES OF THE
CEMENT MASONS SAVINGS FUND, LOCAL 502; et.al.
v. NORANNE CONCRETE, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NORANNE CONCRETE, INC.

**FILED**

JUN 2 6 2008
6-26-2008
JUDGE JOAN H. LEFKOW
UNITED STATES DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) BARD S. MICHL | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Bard S. Michl | |
| FIRM THE LAW OFFICES OF BARD S. MICHL | |
| STREET ADDRESS 2205 S. Wolf Road, Suite #137 | |
| CITY/STATE/ZIP Hillside, Illinois 60162-2212 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6186839 | TELEPHONE NUMBER (708) 947-9181 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✔  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ✔ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ✔   APPOINTED COUNSEL ☐ | |