# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Trustees of the Cement Masons Pension Fund, Local 502, et al.

                Plaintiff,

v.                                    Case No.: 1:08−cv−02190

                                    Honorable Joan H. Lefkow

Noranne Concrete, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 17, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Status hearing and motion hearing held on 7/17/2008 regarding plaintiffs' motion for order of default and judgment in sum certain [9] and continued to 8/28/2008 at 09:30 AM. Scheduling dates issued in open court on 7/17/2008 are vacated.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.