

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED

JUL 17 2008
Jul 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| **TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502; TRUSTEES OF THE CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; TRUSTEES OF THE CEMENT MASONS SAVINGS FUND, LOCAL 502; and TRUSTEES OF THE CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502,** | ) | **Case No.: 2008 CV 02190** |
| **Plaintiffs,** | ) | **Judge: JOAN H. LEFKOW** |
| **v.** | ) | **Magistrate Judge: NAN R. NOLAN** |
| **NORANNE CONCRETE, INC., an Illinois corporation,** | ) | |
| **Defendant.** | ) | |

**RESPONSE TO COMPLAINT**

Now Comes the Defendant, **NORANNE CONCRETE, INC., an Illinois corporation,** by and through their attorney, **THE LAW OFFICES OF BARD S. MICHL,** and in response to Plaintiffs' Complaint as against the Defendant, **NORANNE CONCRETE, INC.,** states as follows:

**COUNT I**

1. (a) Defendant admits any and all of the allegations as contained within paragraph #1.(a) of Plaintiffs' Complaint.

(b) Defendant admits any and all of the allegations as contained within paragraph #1.(b) of Plaintiffs' Complaint.

2. Defendant admits any and all of the allegations as contained within paragraph #2 of Plaintiffs' Complaint.

3. (a) Defendant admits any and all of the allegations as contained within paragraph #3.(a) of Plaintiffs' Complaint.

(b) Defendant admits any and all of the allegations as contained within paragraph #3.(b) of Plaintiffs' Complaint.

(c) Defendant admits any and all of the allegations as contained within

paragraph #3.(c) of Plaintiffs' Complaint.

4. (a) Defendant admits any and all of the allegations as contained within paragraph #4.(a) of Plaintiffs' Complaint.

5. Defendant admits any and all of the allegations as contained within paragraph #5 of Plaintiffs' Complaint.

6. Defendant admits any and all of the allegations as contained within paragraph #6 of Plaintiffs' Complaint.

7. Defendant admits any and all of the allegations as contained within paragraph #7 of Plaintiffs' Complaint.

8. Defendant denies any and all of the allegations as contained within paragraph #8 of Plaintiffs' Complaint.

**WHEREFORE**, the Defendant prays that this Honorable Court grant the following relief:

A. Entry of an Order of Dismissal with Prejudice against Plaintiffs' Complaint.

B. Any and all other further relief as this Honorable Court may deem appropriate and just under the circumstances.

Respectfully submitted,

**THE LAW OFFICES OF BARD S. MICHL**

By: ______________________
**BARD S.MICHL**, Attorney for the Defendant, **NORANNE CONCRETE, INC.**

**AFFIRMATIVE DEFENSE**

**COUNT I**

The audit as performed by **RICHARD J. WOLF AND COMPANY, INC.** was substantially flawed in that at least two (2) employees as contained within said audit were NOT union members of LOCAL 502, but rather union members of LOCAL 11, namely, **MIGUEL**

**COLIN** and **MIGUEL ORNELAS**, as the following WORKING ASSESSMENT CEMENT MASONS worksheet indicates, together with pertinent pages of Exhibit "A" of Plaintiffs' Complaint, copies of which are collectively marked as Exhibit "A", attached hereto, and made a part thereof.

Respectfully submitted,

**THE LAW OFFICES OF BARD S. MICHL**

By: Bard S. Michl

**BARD S.MICHL,** Attorney for the Defendant, **NORANNE CONCRETE, INC.**

**THE LAW OFFICES OF BARD S. MICHL**
Attorney for Defendant,
**NORANNE CONCRETE, INC.**
2205 S. Wolf Road, Suite #137
Hillside, Illinois 60162-2212
(708) 947-9181 (TEL)
(708) 947-9182 (FAX)
Attorney Code No.: 6186839

**PROOF OF SERVICE**

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604

I hereby certify that I filed this RESPONSE TO COMPLAINT and AFFIRMATIVE DEFENSE with the Clerk of the Court on the 17th day of July and a copy will be personally delivered to the above-mentioned individual at the above-mentioned address on the 17th day of July 2008, at or before the hour of 5:00 p.m.

**BARD S.MICHL,** Attorney for the Defendant, **NORANNE CONCRETE, INC.**

**THE LAW OFFICES OF BARD S. MICHL**
Attorney for Defendant,
**NORANNE CONCRETE, INC.**
2205 S. Wolf Road, Suite #137
Hillside, Illinois 60162-2212
(708) 947-9181 (TEL)
(708) 947-9182 (FAX)
Attorney Code No.: 6186839

# OP & CMIA LOCAL 11 – AREA 161, 362, & 638

28874 RAND RD., UNIT B
LAKEMOOR, IL 60051
(815)363-6933 PHONE (815)363-6934 FAX

Name of Contractor: Novanne Concrete
Employer Identification#: 14.1947103

Remittance Date: Dec. 2007

Remittance For: ____________

## WORKING ASSESSMENT
## CEMENT MASONS

| Name of Employee Last Name – First Name | Local # | Social Security # | Total Hours | JM Local Dues @ $1.25/hr | JM International Dues @ $0.54/hr | APP Local Dues 1st/2nd/3rd $1.25 | APP Int. Dues 1st/2nd/3rd .43/.47/.50 |
|---|---|---|---|---|---|---|---|
| Ornelas, Miguel | 11 | 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 | 72.5 | 90.63 | 39.15 | | |
| Colin, Miguel | 11 | 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 | 92.0 | 115.00 | 49.68 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | TOTAL | 164.5 | 205.63 | 88.83 | | |

PAID

TOTAL AMOUNT OF CHECK SENT 294.46

SIGNED ____________ 708-873-5150 PHONE

Please make check payable to OP&CMIA – Local #11
28874 Rand Rd., Unit B
Lakemoor, IL 60051

REPORTS ARE DUE BY THE 15TH OF EACH MONTH.
LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES.

EXHIBIT "A"

3/27/2008

CEMENT MASONS LOCAL 502 - IMPUTED HOURS & DOLLARS

NORRANE CONCRETE INC. #7173

YEAR: 2007

ADDITIONAL IMPUTED HOURS and DOLLARS 1/07 - 12/07

| S. S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * COLIN, MIGUEL 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 | # | Imp Hrs | - | - | - | - | - | - | - | - | - | 4.50 | 2.50 | 7.00 | 14.00 |
| | 39.85 | Imp $ | - | - | - | - | - | - | - | - | - | 179.33 | 99.63 | 278.95 | $ 557.91 |
| GOVE, JOSHUA 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 | # | Imp Hrs | - | - | - | - | - | 6.50 | - | - | - | - | - | - | 6.50 |
| | 39.85 | Imp $ | - | - | - | - | - | 259.03 | - | - | - | - | - | - | $ 259.03 |
| FISCHER, WILLIAM JR. 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 | # | Imp Hrs | - | - | - | - | - | 6.50 | - | - | - | - | - | - | 6.50 |
| | 39.85 | Imp $ | - | - | - | - | - | 259.03 | - | - | - | - | - | - | $ 259.03 |
| GOLF, JERRY 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 | # | Imp Hrs | - | - | - | - | - | 5.00 | - | - | - | - | - | - | 5.00 |
| | 39.85 | Imp $ | - | - | - | - | - | 199.25 | - | - | - | - | - | - | $ 199.25 |
| GUZMAN, FIDEL 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 | # | Imp Hrs | - | - | - | - | 1.00 | 3.50 | 4.50 | 0.50 | - | - | - | - | 9.50 |
| | 39.85 | Imp $ | - | - | - | - | 39.85 | 139.48 | 179.33 | 19.93 | - | - | - | - | $ 378.58 |
| HOFF, ANDREW 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 | # | Imp Hrs | - | - | - | - | - | 6.50 | - | - | - | - | - | - | 6.50 |
| | 39.85 | Imp $ | - | - | - | - | - | 259.03 | - | - | - | - | - | - | $ 259.03 |
| KAMPER, DANIEL 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 | # | Imp Hrs | - | - | - | - | - | - | 1.50 | 4.50 | 2.50 | 0.75 | - | - | 9.25 |
| | 39.85 | Imp $ | - | - | - | - | - | - | 59.78 | 179.33 | 99.63 | 29.89 | - | - | $ 368.63 |
| MAGAN, BRENDAN 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 | # | Imp Hrs | - | - | - | - | - | 6.50 | - | - | - | - | - | - | 6.50 |
| | 39.85 | Imp $ | - | - | - | - | - | 259.03 | - | - | - | - | - | - | $ 259.03 |
| MAPLE, JOHN 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 | # | Imp Hrs | - | - | - | - | 7.00 | - | 3.50 | - | - | - | - | - | 10.50 |
| | 39.85 | Imp $ | - | - | - | - | 278.95 | - | 139.48 | - | - | - | - | - | $ 418.43 |
| MARKIN, ROY 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 | # | Imp Hrs | - | - | - | - | - | - | 5.00 | - | - | - | - | - | 5.00 |
| | 39.85 | Imp $ | - | - | - | - | - | - | 199.25 | - | - | - | - | - | $ 199.25 |
| * ORNELAS, MIGUEL 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 | # | Imp Hrs | - | - | - | - | - | 5.50 | - | - | 3.00 | 1.00 | - | 7.00 | 16.50 |
| | 39.85 | Imp $ | - | - | - | - | - | 219.18 | - | - | 119.55 | 39.85 | - | 278.95 | $ 657.53 |
| WIECZOREK, DAVID 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 | # | Imp Hrs | - | - | - | - | - | - | - | - | 0.75 | 4.50 | 7.00 | - | 12.25 |
| | 39.85 | Imp $ | - | - | - | - | - | - | - | - | 29.89 | 179.33 | 278.95 | - | $ 488.17 |
| TOTAL IMP. HOURS | | | - | - | - | - | 8.00 | 40.00 | 14.50 | 5.00 | 6.25 | 10.75 | 9.50 | 14.00 | 108.00 |
| TOTAL IMP. DOLLARS | | | $ - | $ - | $ - | $ - | $ 318.80 | $ 1,594.03 | $ 577.84 | $ 199.26 | $ 249.07 | $ 428.40 | $ 378.58 | $ 557.90 | $ 4,303.88 |

CEMENT MASONS LOCAL 502 FRINGE BENEFIT FUNDS

NORRANE CONCRETE INC. #7173

YEAR: 2007

ADDITIONAL HOURS 1/07 - 12/07

| S.S.# | Rate | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * COLIN, MIGUEL 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 | $ | ST | - | - | - | - | - | - | - | - | - | 116.50 | 38.50 | 73.00 | 228.00 |
| | | SAT | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | DT | - | - | - | - | - | - | - | - | - | - | - | - | - |
| GUZMAN, FIDEL 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 | $ | ST | - | - | - | - | 108.50 | - | 28.00 | - | - | - | - | - | 136.50 |
| | | SAT | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | DT | - | - | - | - | - | - | - | - | - | - | - | - | - |
| KAMPER, DANIEL 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 | $ | ST | - | - | - | - | - | - | - | - | 125.50 | 71.25 | - | - | 196.75 |
| | | SAT | - | - | - | - | - | - | - | - | - | 2.00 | - | - | 2.00 |
| | | DT | - | - | - | - | - | - | - | - | - | - | - | - | - |
| MAPLE, JOHN 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 | $ | ST | - | - | - | - | 33.00 | - | 23.00 | - | - | - | - | - | 56.00 |
| | | SAT | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | DT | - | - | - | - | - | - | - | - | - | - | - | - | - |
| * ORNELAS, MIGUEL 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 | $ | ST | - | - | - | - | - | - | 37.50 | - | 157.00 | 104.50 | - | 105.50 | 408.50 |
| | | SAT | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | DT | - | - | - | - | - | - | - | - | - | - | - | - | - |
| WIECZOREK, DAVID 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 | $ | ST | - | - | - | - | - | - | - | - | 39.25 | 131.50 | - | - | 170.75 |
| | | SAT | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | DT | - | - | - | - | - | - | - | - | - | - | - | - | - |

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL ST HOURS | - | - | - | - | 141.50 | - | 88.50 | - | 321.75 | 469.25 | 38.50 | 178.50 | 1,237.00 |
| TOTAL SATURDAY HOURS | - | - | - | - | - | - | - | - | - | 2.00 | - | - | 2.00 |
| TOTAL DT HOURS | - | - | - | - | - | - | - | - | - | - | - | - | - |

| Amount Due To Funds: | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ - | $ - | $ 867.50 | $ - | $ 674.10 | $ - | $ 2,456.91 | $ 3,533.41 | $ 285.60 | $ 1,383.22 | $ 8,194.12 |
| PENSION | $ - | $ - | $ - | $ - | $ 900.65 | $ - | $ 588.60 | $ - | $ 2,087.01 | $ 3,075.81 | $ 231.48 | $ 1,180.56 | $ 7,053.29 |
| APPR | $ - | $ - | $ - | $ - | $ 24.23 | $ - | $ 15.30 | $ - | $ 54.70 | $ 80.39 | $ 6.04 | $ 38.28 | $ 210.73 |
| IAF | $ - | $ - | $ - | $ - | $ 6.65 | $ - | $ 5.40 | $ - | $ 16.31 | $ 28.31 | $ 2.13 | $ 10.86 | $ 74.36 |
| DUES | $ - | $ - | $ - | $ - | $ 218.03 | $ - | $ 145.86 | $ - | $ 621.34 | $ 784.24 | $ 67.51 | $ 298.36 | $ 1,998.13 |
| SAVINGS * | $ - | $ - | $ - | $ - | $ 712.60 | $ - | $ 459.00 | $ - | $ 1,600.75 | $ 2,386.00 | $ 177.50 | $ 880.00 | $ 6,203.75 |
| SAFETY | $ - | $ - | $ - | $ - | $ 1.43 | $ - | $ 0.90 | $ - | $ 3.22 | $ 4.72 | $ 0.35 | $ 1.78 | $ 12.41 |
| SERVICE | $ - | $ - | $ - | $ - | $ 1.43 | $ - | $ 0.90 | $ - | $ 3.22 | $ 4.72 | $ 0.35 | $ 1.78 | $ 12.41 |
| TOTAL | $ - | $ - | $ - | $ - | $ 2,734.50 | $ - | $ 1,879.20 | $ - | $ 6,718.66 | $ 9,955.41 | $ 741.38 | $ 3,716.64 | $ 28,846.37 |

| Rates | 6/1/06 | to | 5/31/07 |
|---|---|---|---|
| WELFARE | 6.70 | DUES | 1.89 |
| PENSION | 6.02 | SAVINGS * | 6.00 |
| APPR | 0.17 | SAFETY | 0.01 |
| IAF | 0.05 | SERVICE | 0.01 |

| Rates | 6/1/07 | to | 5/31/08 |
|---|---|---|---|
| WELFARE | 7.40 | DUES | 1.92 |
| PENSION | 6.62 | SAVINGS * | 6.00 |
| APPR | 0.17 | SAFETY | 0.01 |
| IAF | 0.05 | SERVICE | 0.01 |

3/27/2008

CEMENT MASONS LOCAL 502 FRINGE BENEFIT FUNDS

NORRANE CONCRETE INC. #7173

YEAR: 2007

ADDITIONAL HOURS 1/07 - 12/07 PREMIUM DUE ON SATURDAY HOURS

| S. S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAVADA, ADOLFO 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 | # | ST | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | SAT | - | - | - | - | - | 0.50 | - | - | - | - | - | - | 0.50 |
| | | DT | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DOVE, JOSHUA 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 | # | ST | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | SAT | - | - | - | - | - | 0.50 | - | - | - | - | - | - | 0.50 |
| | | DT | - | - | - | - | - | - | - | - | - | - | - | - | - |
| GOLF, JERRY 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 | # | ST | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | SAT | - | - | - | - | - | 0.50 | - | - | - | - | - | - | 0.50 |
| | | DT | - | - | - | - | - | - | - | - | - | - | - | - | - |
| HOFF, ANDREW 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 | # | ST | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | SAT | - | - | - | - | - | 0.50 | - | - | - | - | - | - | 0.50 |
| | | DT | - | - | - | - | - | - | - | - | - | - | - | - | - |
| MARTIN, ROY 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 | # | ST | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | SAT | - | - | - | - | 2.50 | - | - | - | - | - | - | - | 2.50 |
| | | DT | - | - | - | - | - | - | - | - | - | - | - | - | - |
| ORNELAS, MIGUEL 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 | # | ST | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | SAT | - | - | - | - | 4.00 | 2.00 | 1.50 | - | - | - | - | - | 7.50 |
| | | DT | - | - | - | - | - | - | - | - | - | - | - | - | - |
| TOTAL ST HOURS | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| TOTAL SATURDAY HOURS | | | - | - | - | - | 6.50 | 4.00 | 1.50 | - | - | - | - | - | 12.00 |
| TOTAL DT HOURS | | | - | - | - | - | - | - | - | - | - | - | - | - | - |

*

Amount Due To Funds:

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAVINGS * | $ - | $ - | $ - | $ - | $ 16.25 | $ 10.00 | $ 3.75 | $ - | $ - | $ - | $ - | $ - | $ 30.00 |
| TOTAL | $ - | $ - | $ - | $ - | $ 16.25 | $ 10.00 | $ 3.75 | $ - | $ - | $ - | $ - | $ - | $ 30.00 |

| Rates: 6/1/06 to 5/31/07 | | | |
|---|---|---|---|
| WELFARE | | DUES | |
| PENSION | | SAVINGS * | 2.50 |
| APPR | | SAFETY | |
| IAF | | SERVICE | |

| Rates: 6/1/07 to 5/31/08 | | | |
|---|---|---|---|
| WELFARE | | DUES | |
| PENSION | | SAVINGS * | 2.50 |
| APPR | | SAFETY | |
| IAF | | SERVICE | |

FROM